**U.S. Department of Homeland Security**

**United States Coast Guard**

Director
National Vessel Documentation Center

792 T. J. Jackson Drive
Falling Waters, WV  25419
Phone: (800) 799-8362
Fax: 304-271-2405

**June 20, 2018**

**Regarding your recent submission to the National Vessel Documentation Center**

This cover letter with enclosure(s) is sent in response to a submission made to this office.  If you have any questions, please contact the National Vessel Documentation Center at the number shown above.

**Enclosures:**

(1) Abstract of Title          O/N:1178391          3 PAGE(S)

**TOTAL:**                                4 PAGE(S) (including cover page)

Exhibit B

OFFICIAL NUMBER: 1178391  NAME OF VESSEL: **BLUE DOG**

HIN NUMBER: CYE00002J506  IMO NUMBER:

VESSEL BUILT AT: WILMINGTON, NC, UNITED STATES

(AND)  IN 2005

BY: CAISON YACHTS INC

FOR: BLUE DOG CHARTERS LLC

FOR:

BUILDER'S CERTIFICATE DATED: 10/10/2005

TITLE ASSIGNED TO:

| DISCHARGED | INSTRUMENT TYPE | | | | |
|---|---|---|---|---|---|
| **YES** | **PREFERRED MORTGAGE** | | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | | BATCH | DOC ID |
| 100 | JANUARY 12, 2009 | $1,159,454.00 | | 673956 | 9953283 |
| DATE FILED | | TIME FILED | | STATUS | |
| JANUARY 16, 2009 | | 9:41 AM | | RECORDED | |

MORTGAGOR

BLUE DOG CHARTERS LLC

MORTGAGEE

CGI FINANCE INC
PO BOX 1719
PORTLAND, OR 97207-1719

| DISCHARGED | INSTRUMENT TYPE | | REFERS TO: BATCH 673956 ID 9953283 | | |
|---|---|---|---|---|---|
| **YES** | **ASSIGNMENT OF PREFERRED MORTGAGE** | | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | | BATCH | DOC ID |
| 100 | DECEMBER 19, 2012 | N.A. | | 11617100 | 3 |
| DATE FILED | | TIME FILED | | STATUS | |
| MAY 22, 2013 | | 3:23 PM | | RECORDED | |

ASSIGNOR

CGI FINANCE INC

ASSIGNEE

BANK OF HAMPTON ROADS
PO BOX 1849
ELIZABETH CITY NC 27906

| | INSTRUMENT TYPE | | | | |
|---|---|---|---|---|---|
| | **BILL OF SALE** | | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | | BATCH | DOC ID |
| 100 | JULY 3, 2013 | $1.00 | | 12932900 | 6 |
| DATE FILED | | TIME FILED | | STATUS | |
| JULY 11, 2013 | | 2:32 PM | | RECORDED | |

SELLER

BLUE DOG CHARTERS LLC

BUYER

MICHAEL CRAIG STEVENS

This space intentionally left blank

| DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG - 1332 | **GENERAL INDEX OR ABSTRACT OF TITLE** <br> **CONTINUATION SHEET NO. 1** | | | Official No. <br> **1178391** |
|---|---|---|---|---|
| **DISCHARGED** <br> YES | **INSTRUMENT TYPE** <br> **PREFERRED MORTGAGE** | | | |
| % CONVEYED <br> 100 | DATE OF INSTRUMENT <br> **JULY 3, 2013** | AMOUNT <br> **$1,036,964.20** | BATCH <br> **12932900** | DOC ID <br> **7** |
| DATE FILED <br> **JULY 11, 2013** | TIME FILED <br> **2:32 PM** | | STATUS <br> **RECORDED** | |
| MORTGAGOR <br> MICHAEL C STEVENS | | | | |
| MORTGAGEE <br> SUN TRUST <br> 147 OLD SOLOMONS ISLAND ROAD, 5TH FLOOR <br> ANNAPOLIS MD 21401 | | | | |
| CORRECTION REMARK <br> 01/14/2014 INSTRUMENT TYPE CORRECTED FROM Mortgage | | | | |

| | INSTRUMENT TYPE <br> **SATISFACTION OF MORTGAGE** | | REFERS TO: | BATCH: 673956 DOC ID: 9953283 |
|---|---|---|---|---|
| % CONVEYED <br> 100 | DATE OF INSTRUMENT <br> **JULY 31, 2013** | AMOUNT <br> **$1,159,454.00** | BATCH <br> **14400400** | DOC ID <br> **2** |
| DATE FILED <br> **SEPTEMBER 11, 2013** | TIME FILED <br> **10:33 AM** | | STATUS <br> **RECORDED** | |
| MORTGAGEE <br> BANK OF HAMPTON ROADS ASSIGNEE FROM CGI FINANCE ING | | | | |
| MORTGAGOR <br> BLUE DOG CHARTERS LLC | | | | |

| | INSTRUMENT TYPE <br> **SATISFACTION OF MORTGAGE** | | REFERS TO: | BATCH: 12932900 DOC ID: 7 |
|---|---|---|---|---|
| % CONVEYED <br> 100 | DATE OF INSTRUMENT <br> **MARCH 15, 2016** | AMOUNT <br> **$1,036,964.20** | BATCH <br> **34520400** | DOC ID <br> **7** |
| DATE FILED <br> **MARCH 16, 2016** | TIME FILED <br> **9:48 AM** | | STATUS <br> **RECORDED** | |
| MORTGAGEE <br> SUNTRUST BANK | | | | |
| MORTGAGOR <br> MICHAEL C STEVENS | | | | |

| | INSTRUMENT TYPE <br> **BILL OF SALE** | | | |
|---|---|---|---|---|
| % CONVEYED <br> 100 | DATE OF INSTRUMENT <br> **MARCH 2, 2016** | AMOUNT <br> **$1.00** | BATCH <br> **34390500** | DOC ID <br> **2** |
| DATE FILED <br> **MARCH 10, 2016** | TIME FILED <br> **2:25 PM** | | STATUS <br> **RECORDED** | |
| SELLER <br> MICHAEL C STEVENS | | | | |
| BUYER <br> INTRACOASTAL ANGLER OF NC INC | | | | |

**STATUS: ON RECORD**

Vessel Name Change to: TRIAL SIZE (4-26-16)

This space intentionally left blank

| DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG - 1332 | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 2 | Official No. 1178391 |

| INSTRUMENT TYPE |
|---|
| **BILL OF SALE** |

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | MARCH 9, 2017 | $1.00 | 43181700 | 5 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| APRIL 05, 2017 | 5:14 PM | RECORDED |

**SELLER**
INTRACOASTAL ANGLER OF NC INC

**BUYER**
CENTRAL PENNSYLVANIA LAND EXCHANGE LLC

| INSTRUMENT TYPE |
|---|
| **BILL OF SALE** |

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | MARCH 9, 2017 | $1.00 | 43181700 | 6 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| APRIL 05, 2017 | 5:14 PM | RECORDED |

**SELLER**
CENTRAL PENNSYLVANIA LAND EXCHANGE LLC

**BUYER**
G-FORCE SPORTFISHING INC

**STATUS:** ON RECORD

Vessel Name Change to: G FORCE (6/6/7)

| INSTRUMENT TYPE |
|---|
| **PREFERRED MORTGAGE** |

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | MARCH 9, 2017 | $1,085,000.00 | 43181700 | 9 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| APRIL 05, 2017 | 5:14 PM | RECORDED |

**MORTGAGOR**
G-FORCE SPORTFISHING INC

**MORTGAGEE**
BRANCH BANKING AND TRUST COMPANY (TOGEHTER WITH ITS SUCCESSORS AND ASSIGNS COLLECTIVELY "BB&T")
7701 AIRPORT CENTER DRIVE
GREENSBORO NC 27409

**ISSUED AS AN ABSTRACT OF TITLE AS OF**

DATE: 06/04/2018        TIME: 9:39 AM

_Christna H. Washbu__
DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER