# **CLOSING STATEMENT**

**Disbursement of Funds: M/Y "G-Force," a 2006 Caison 64**
**(USCG: 1178391 | HIN: CYE00002J506)**

| | | | |
|---|---|---|---|
| **Seller:** | **G-FORCE SPORTFISHING, INC.** | **Buyer:** | **BNP VENTURES, LLC** |

**Purchase Price:**   $1,700,000.00 USD   (One Million Seven Hundred Thousand Dollars and Zero Cents)

|  |  |
|---|---|
| Purchase Price: | $1,700,000.00 (USD) |
| Less Deposit Received: | -   $0.00 (USD) |
| Balance Due at Closing: | $1,700,000.00 (USD) |

**Funds to Be Distributed as Follows:**

$1,700,000.00 USD to Seller (Total Purchase Price)

| | | |
|---|---|---|
| $ | N/A | Listing Broker |
| $ | 0.00 | Selling Broker |
| $ | 1,045,012.11 | BB&T Bank |

**Total Distributed to Seller:** $654,987.89 USD (Six Hundred Fifty-Four Thousand Nine Hundred Eighty-Seven Dollars and Eighty-Nine Cents)

_____          _____
G-FORCE SPORTFISHING, INC.         Date         BNP VENTURES, LLC         Date
By: Melissa Obetz                                           By: BILL KELLER
President                                                        Managing Member
*Seller*                                                            *Buyer*

Exhibit H