| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY<br>U.S. Coast Guard<br>**BILL OF SALE** | | OMB No: 1625-0027<br>Expires: 07/31/2019 |

| 1. VESSEL NAME<br>G-FORCE | 2. OFFICIAL NUMBER OR HULL ID NUMBER<br>1178391 |
|---|---|

**3. NAME(S) AND ADDRESS(ES) OF SELLERS**

G-Force Sportfishing, Inc.
917 White Oak Road
Manheim, PA 17545

**3A. TOTAL INTEREST OWNED** *(IF LESS THAN 100%):* _____ %

**4. NAME(S) AND ADDRESS(ES) OF BUYER(S) AND INTEREST TRANSFERRED TO EACH**

BnP Ventures, LLC
7722 Briarstone Court
Ellicott City, MD 21043

**4A. TOTAL INTEREST TRANSFERRED** (100% UNLESS OTHERWISE SPECIFIED): _____ %

**4B. MANNER OF OWNERSHIP.** UNLESS OTHERWISE STATED HEREIN, THIS BILL OF SALE CREATES A TENANCY IN COMMON, WITH EACH TENANT OWNING AN EQUAL UNDIVIDED INTEREST. CHECK ONLY ONE OF THE FOLLOWING BLOCKS TO SHOW ANOTHER FORM OF OWNERSHIP.

☐ JOINT TENANCY WITH RIGHT OF SURVIVORSHIP   ☐ TENANCY BY THE ENTIRETIES   ☐ COMMUNITY PROPERTY

☐ OTHER *(DESCRIBE)*

**5. CONSIDERATION RECEIVED** *(ONE DOLLAR AND OTHER VALUABLE CONSIDERATION UNLESS OTHERWISE STATED)*

**6.** I (WE) DO HEREBY SELL TO THE BUYER(S) NAMED ABOVE, THE RIGHT, TITLE AND INTEREST IDENTIFIED IN BLOCK 4 OF THIS BILL OF SALE, IN THE PROPORTION SPECIFIED HEREIN.

VESSEL IS SOLD FREE AND CLEAR OF ALL LIENS, MORTGAGES, AND OTHER ENCUMBRANCES OF ANY KIND AND NATURE, EXCEPT AS STATED ON THE REVERSE HEREOF. VESSEL IS SOLD TOGETHER WITH AN EQUAL INTEREST IN THE MASTS, BOWSPRIT, SAILS, BOATS, ANCHORS, CABLES, TACKLE, FURNITURE, AND ALL OTHER NECESSARIES THERETO APPERTAINING AND BELONGING, EXCEPT AS STATED ON THE REVERSE HEREOF.

| 7. SIGNATURES OF SELLER(S) OR PERSON(S) SIGNING ON BEHALF OF SELLER(S).<br>*[signatures: Melisa Obetz / Obetz]* | 8. DATE SIGNED<br>7/6/18 |
|---|---|

**9. NAME(S) OF PERSON(S) SIGNING ABOVE, AND LEGAL CAPACITY IN WHICH SIGNED** *(E.G., OWNER, AGENT, TRUSTEE, EXECUTOR)*

Melisa Obetz, President
G-Force Sportfishing, Inc.

**10. ACKNOWLEDGMENT** (TO BE COMPLETED BY NOTARY PUBLIC OR OTHER OFFICIAL AUTHORIZED BY A LAW OF A STATE OR THE UNITED STATES TO TAKE OATH.)

ON 7/6/18 *(DATE)* THE PERSON(S) NAMED IN SECTION 9   STATE: PA
ABOVE ACKNOWLEDGED EXECUTION OF THE FOREGOING INSTRUMENT   COUNTY: Lancaster
IN THEIR STATED CAPACITY(IES) FOR THE PURPOSE THEREIN CONTAINED.

Commonwealth of Pennsylvania - Notary Seal
Melanie Weinhold, Notary Public
Lancaster County
My commission expires July 9, 2022
Commission number 1284582
Member, Pennsylvania Association of Notaries

NOTARY PUBLIC: *[signature]*

MY COMMISSION EXPIRES: 7/9/2022 *(DATE)*

CG-1340 (08/16)   Previous Edition Obsolete   Page 1 of 2

Exhibit I