## BnP VENTURES, LLC

## ARTICLES OF ORGANIZATION

The undersigned, with the intention of creating a Maryland Limited Liability Company files the following Articles of Organization:

1. The name of the limited liability company is BnP Ventures, LLC.

2. The purpose for which the limited liability company is filed is as follows: to engage in any lawful activity including but not limited to owning marine equipment and operate a marine business, and to do all things necessary, convenient, or incidental to those purposes.

3. The address of the limited liability company in Maryland is 7722 Briarstone Court, Ellicott City, MD 21043.

4. The resident agent of the limited liability company in Maryland is Todd D. Lochner, Lochner Law Firm, P.C., 91 Main Street, 4th Floor, Annapolis, Maryland 21401.

_____
Bill Keller
Authorized Person

_____
Todd D. Lochner
Resident Agent

Return to:

Lochner Law Firm, P.C.
91 Main Street
4th Floor
Annapolis, MD 21401

Exhibit J